(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

## Western District of New York

24 CV 295

Carlo Robert D'Angelo Pro Se
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

(Six) 6 UNKNOWN DEA AGENTS  Scott Sprague (DEA)
1 UNKNOWN AMHERST POLICE OFFICER  KYABETH RAZ (DEA)

The Marriot Courtyard Hotel
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Case No. _____

*(to be filled in by the Clerk's Office)*

**JURY TRIAL:** Yes ✗  No ___

UNITED STATES DISTRICT COURT
FILED
MAR 2 9 2024
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                                      CARLO D'Angelo
All other names by which
you have been known:
ID Number                                 151411A
Current Institution                       NiagARA County Corrections Facility
Address                                   PO Box 496
                                          Lockport            NY         14094
                                            City              State      Zip Code

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name                                      8 UNKNOWN DEA officers
Job or Title *(if known)*
Shield Number
Employer                                  The U.S. Government
Address

                                            City              State      Zip Code
                                          [X] Individual capacity   [X] Official capacity

Defendant No. 2
Name                                      1 UNKNOWN Amherst Police Officer
Job or Title *(if known)*
Shield Number
Employer
Address                                   N.Y State

                                            City              State      Zip Code
                                          [X] Individual capacity   [X] Official capacity

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name       _The Courtyard Marriot Hotel_
  Job or Title *(if known)*
  Shield Number
  Employer
  Address      _4100 Sheridan Drive_
         _Amherst_    _NY_    _14221_
          *City*     *State*    *Zip Code*
         [X] Individual capacity  [X] Official capacity

Defendant No. 4
  Name       _KylABETH KAZ and Scott Sprague (DEA)_
  Job or Title *(if known)*  _Special Agent_
  Shield Number
  Employer
  Address      _D.E.A_
          *City*     *State*    *Zip Code*
         [X] Individual capacity  [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

 A. Are you bringing suit against *(check all that apply)*:

   [X] Federal officials (a *Bivens* claim) _The 8 Unknown DEA Agents_

   [X] State or local officials (a § 1983 claim) _Amherst PD and the Courtyard Marriot_

 B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   _4th Amendment  See attached Statement of Claim ①-②-③-④_

 C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

   _4th Amendment  See attached Statement of Claim ①②③ and ④_

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**D.** Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Federal Agents Identified themselves as police acting on a call about a Domestic Violence Report to get me to comply with their directives to come to the door of the hotel Room I had a presumption of Privacy In. They Then pulled me out of the room and searched me at gun point. I was then Pressured to sign consent to Search my vehicle.
See attached statement of claim (1)(2),(3) and (4)

**III. Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

[X] Pretrial detainee

[ ] Civilly committed detainee

[ ] Immigration detainee

[ ] Convicted and sentenced state prisoner

[ ] Convicted and sentenced federal prisoner

[ ] Other *(explain)*

**IV. Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.** If the events giving rise to your claim arose outside an institution, describe where and when they arose.

See attached statement of claim (1), (2),(3), and (4)
Suite 320 at the Marriot Courtyard Hotel

**B.** If the events giving rise to your claim arose in an institution, describe where and when they arose.

**C.**   What date and approximate time did the events giving rise to your claim(s) occur?

*5-25-21 at approximately 930-10 Am*

**D.**   What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

*See attached Statement of claim, ①,②,③ and ④*

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

*See attached Statement of claim ①,②,③ and ④*
*See lawsuit Carlo D'Angelo v Michael Filicetti, CO Hotaling,*
*Unknow officer, Prime Care Medical Corp and U.S. Marshalls serv.*

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

*For violating my privacy and illegally seizing Hard drives with*
*videos of my wife and I having sex, I seek 10 million Dollars.*
*For using that evidence to detain me for 530 days I seek*
*10 million Dollars. See attached statement of claim ①,②,③, and ④*
*I also seek the suppression of evidence obtained from the unreasonable*
*Search and unreasonable seizure which occured pursuant to the*
*Violation of my privacy on 5-25-21, applied to the case 21-CR-80*
*I also seek a return of all property seized under Fed. R. Civil P. 41(g).*

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

**A.**    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

**B.**    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☐ Do not know

**C.**    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_____

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**D.**   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

**E.**   If you did file a grievance:

1.   Where did you file the grievance?

_____

2.   What did you claim in your grievance?

_____

_____

3.   What was the result, if any?

_____

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

_____

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**F.**     If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

_____

_____

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

_____

**G.**     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

A.      Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐  Yes

☒  No

B.      If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐  Yes

☐  No

If no, give the approximate date of disposition. _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  2-22-24

Signature of Plaintiff  _____

Printed Name of Plaintiff  Carlo Robert D'Angelo

Prison Identification #  151411A

Prison Address  P.O. Box 496

Lockport                NY          14 094
       City       State    Zip Code

### B.   For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Address  _____

       City       State    Zip Code

Telephone Number  _____

E-mail Address  _____

Print     Save As     Add Attachment     Reset

Statement of Claim

1/6

4th and 5th Amendment Constitutional Bivens Violations    UNLAWFUL Search and seizure Violation of Privacy and due process.

On 5/25/21 at approximately 9:30 AM I heard a knock on the door while sitting on the bed in suite 320 at the courtyard Marriot Hotel in Amherst NY.

Startled at how loud the knock was I yelled, "Who is it!?" I noticed the door was moving slightly as if someone had it slightly propped open. There came a voice of a man who said, "Police, come to the door!"

The clarity at which I heard the mans voice confirmed the door was indeed being pushed open. Alarmed, I got off the bed and yelled back, "What do you want?!" The man replied, "We're responding to a call about a domestic, come to the door!"

As I walked towards the door it began to open more and more. By the time I was 2ft from the door I saw 4 plain clothed men with guns unholstered. One wore a badge on a necklace who I know to be Now as Scott Sprague.

Sprague reached in and grabbed my wrist while propping the door open with his foot. He pulled me out of room 320, past the threshold and into the arms of the agent farthest and tallest who pushed me against the wall opposite 320's door and searched me at gunpoint, emptying the contents of my pockets onto the carpet in the hallway.

I was confused because they identified themselves as police responding to a call about a domestic yet they were all in plain clothes. I asked if

2/8

they were with the Amherst POLICE DEPARTMENT at which point one
of them replied, "DEA".

One of them asked if anyone was in the room. I said, "NO".
Agents then searched the room while telling me to sit on a chair.
Agents opened a case that contained a sex machine. They humiliated
me and laughed at me.

I pleaded with an agent not to take my SDXC CARD from my
camera as it contained videos of my wife and I having sex.
I did not consent to any of their searches of my body or my
Room I held a reasonable expectation of privacy in.

Agents used a bag of powder containing 6.1g of a substance
legally allowed in New York to coerce me to sign consent to
search my house and my vehicle. I reluctantly agreed as they
seemed like they were going to search my vehicle regardless of
what I said based on my warrantless search as well as the
warrantless search of my room.

Before I signed the consent I made sure I would get a call
to my attorney Herb Greenman immediately thereafter. Scott
Sprague agreed. I signed the forms then Scott Sprague called
Herb and gave me the phone. I explained I just signed the two
forms to Herb. Herb asked me to hand the phone to Scott.
30 seconds later Scott hands me back the phone. Herb then
confirmed he withdrew consent for all searches. Herb said I'd be

booked and released and to call him in a few days.

Despite the withdrawl of consent I viewed Agents tearing apart my vehicle 20 minutes later, as I exited the hotel with Amherst Police.

Agents confiscated numerous HARD DRIVes from my vehicle which was packed with various property I was moving from Amherst to pavilion. My wifes car, also packed with clothes was present at the marriot AS well. We were merely sleeping there because we were too tired to drive to Batavia without resting and had no bedding at 158 MARINE DRIVE.

After receiving Discovery in the criminal case 21-80-CR the truth was confirmed. Agents lied about there being a domestic violence complaint to effect a warrantless Search and seizure.

By stating they received a call about a domestic I was obligated to address them at my door, as such matters could be considered exigent circumstances warranting a warrantless protective Sweep if I DONT ANSWER the door.

The discovery stated the truth of the matter. Agents received an uncorroborated tip by Joseph Ayer from a Batavia Jail cell that I was making Flakka at the marriot. That was a lie that arroused the DEA And Caused them to violate my civil Rights and due process Rights. Both 4th and 5th Amendment Constitutional Rights.

4/6

Joseph Ayer used either Miranda Bova or Cierra McKenna to provide false info to the D.E.A. Bova, had been the get away driver in the burglary of my home only days prior to this incident. See Genesee County 2021-00010254

McKenna, Responsible for multiple overdoses in Niagara County, was eager to set me up. McKenna confided in me her role in the deaths of multiple people in N.T in 2020,

Authorities of the federal Government carelessly disregarded my Civil Rights. Authorities carelessly disregarded my wife Shannon D'ANGELO's civil Rights that day as well.

Before agents knocked on my door at suite 320, they pulled the same stunt on my wife who had her own room on an entirely different floor.

According to her she heard a knock on the door. Agents identified themselves as "police". They explained they got a call about a domestic and just wanted to make sure she was ok. They asked her to let them come in so they can make sure she is safe,

Shannon allowed them in the room at which point they searched her room. She said they searched between the matresses, in the closets, behind the T.V. behind the curtains, the window sills and in the bathroom. Then they asked her about drugs before leaving for the 3rd floor.

5/6

AGENT KAZ violated my 4th Amendment Right to Privacy
one last time when she waited an unreasonably long 31 days to
submit an application of search which contained falsehoods, contradictory
statements and facially false information designed to mislead a
Federal Magistrate.

Those illegal morally reprehensible acts convinced Magistrate kenneth
Schroeder to sign an Application of Search on 6/25/21, 31 days
after the Devices were illegally seized from my Lexus and camera
in Suite 320; Intimate possessedory hard drives that I otherwise
should have had in my possession.

I was only detained for a few hours on 5/25/21. Given that
the seizure occured absent an arrest or search warrant, 31 days is
exceptionally long to seperate such intimate media/data from its
owner absent an application of search on file.

Family Photo's, homemade adult videos of my wife and I having
sex should not have been sitting around a D.E.A office for 31 days
without a warrant. Especially in light of officers of the D.E.A like
Special Agent Bongiovanni and kylabeth KAZ who has clearly
displayed they don't play by the rules.

IN U.S. V. SMith 967F3D 31 Days was Deemed excessive
IN U.S. V. Mitchell 565F3D1347 21 Days was Deemed excessive



Because the DEA Acted illegally under the color of law, they need to be punished and I need to be compensated for the transgressions they waged against my person. The DEA failed to due their due diligence and threw caution to the wind. For that I seek 5 million dollars; total 10 million.

I further ask the courts to appoint me counsel to represent me in this Bivens Action due to the complexity of the case.

Thank you,

Carlo D'Angelo   3-17-24

1/3

Slander and Libel committed by Kylabeth Kaz

Special Agent Kylabeth Kaz slandered me and committed Libel in her "application of Search" submitted to and signed by Magistrate Schroeder. She lies directly as well as by amission on numerous parts of her application, committing libel against me.

"Each SOI Referenced in the affidavit is an identified civillian who expressed personal knowledge regarding the information that was shared, unless otherwise noted.* None of the SOI's were charged with a crime at the time of their interviews and none were promised any other benefit in exchange for providing information."
       * PAGE 5 of the "application of Search"

This disclaimer is a lie and served to manipulate all who read it.

# 17 of Kaz's Application of Search is entirely misleading and lends credence to Maris Lenk, an individual who was in custody at the time her and Joseph Ayer provided statements; Kaz lies and says were provided "In April 2021". The reality of the matter is that the statements were provided hours after Lenk and Ayer were arrested Burglarizing my home at 11039 River Rd, on May 13th 2021.

The disgusting statement Maris Lenk provided Genesee County Sheriffs was riddled with lies by someone trying to justify her criminal actions and evade justice. Despite her acts, she was released in less than 24 hours. Kylabeth Kaz then lies about Lenk's admission of her statement. She should be held culpable for not doing her due dilligence.

2/3

KAZ lies again in # 29 of her "application of Search" stating on 5/25/21 "D'ANGELO CAME OUT OF THE ROOM AND spoke with LAW ENFORCEMENT IN THE HALLWAY".

That is a complete mischaracterization of what occured that manipulated Magistrate Schroeder into signing a search warrant for the digital Media that was seized illegally.

The fact of the matter is that Agent Sprague pulled me out of the room when I complied with orders to come to the door to address a domestic violence complaint.

KAZ goes on to say, "D'Angelo possessed the following items on his person: a baggy containing a white powder".

Clearly KAZ was trained how to color the law with careful wording. Had she displayed integrity and said the truth, Magistrate Schroeder would have been hesitant to sign her search application. The truth being that I was pulled out of room 320 and searched without a warrant of any type, at gunpoint, under the pretense that the agents at my door were police responding to a call about a domestic violence situation.

KAZ lies about the location of the SDXC CARD. IN # 30 it's in my Room but then in # 32 she lies and says it was found in my Lexus. She's anything but reliable and honest.

3|3

At NO TIME DOes kylabeth KAZ mention my search at gunpoint.

KAZ lies saying I gave consent to search my room. Agents entered my room while I was spread against a wall opposite 320's door at gunpoint! Even if I did give consent, which I did Not, it would have been consent reeking of coercion and therefore not permissable under the 4th Therefore, in addition to the violations already mentioned, the search of Room 320 absent a warrant, violates my 4th Amendment Right to privacy as well. Any signed consent minutes later is also a product of coercion.

The simple fact of the matter is that Joseph Ayer used the DEA to trample my 4th Amendment Constitutional Rights AND They did so willfully with disregard to my due process rights. Their use of a ruse to gain entry to my wifes Room also violated her right to privacy as well. These were dirty tactics by law enforcement. The federal Courthouse in Buffalo, specifically Michael Roemer, has disregarded my efforts to address these issues. Despite my requests that counsel raise these issues, I'm met with resistance. I can only conclude this is one big cover-up of these illegalACTS by the D.E.A. to secure a criminal Conviction against me.

Seized Exhibit   1-17 Schedule

1) I phone S cell Phone
2) LG Cricket cell Phone
3) electronic Device s/n 52U2JABF130185
4)   "           s/n WXC1E33DYAL1
5)   "           Device Labeled "INEO"
6)   "             "     5MT2BMRL
7)   "             "     15120F04FF0C
8)   "             "     WD2500
9)   "             "     Y65DSG8E
10) San Disk Memory Card BP2002153034X
11) Corning Hot Plate
12) 2.5 kg of Bismuth metal in Stove Pot
13) 1 CAN of PAINT Remover
14) 1 Bottle of drain Cleaner
15) 1 unopen bottle of fertilizer
16) (57) 100.00 USD Bills
17) 6.1g of discardable material - DISCARD

All items were seized illegally on 5/25/21
Absent a warrant of Any type.

Carlo J Gonzalo
3-17-24

Pursuant to the exclusionary rule adopted by the courts to protect the 4th amendment, I Ask this civil action Not only be a vehicle to establish what amounts to clear abuse of power by the 8 DEA Agents involved, but also as a vehicle to allow my Pro Se complaint affect the evidence illegally obtained as a result of that transgression in my 21-CR-80 criminal case, allowing for the return and suppression of said evidence, to me.

Thank you for your Consideration,

Carlo D'Angelo
2-24-24

1/3

## Memorandum of Law

IN summary, The initial push of the door of Suite 320, by federal agents Acting under the color of law as Amherst Police responding to a domestic, was a violation of my 4th Amendment Right to Privacy. The threshold was breached by Scott Sprague's foot.

The Ruse which was then employed by the plain clothed DEA agents was done so absent a Search or arrest warrant. See. U.S. V. Montes-Reyes 547F.Supp2d281.

The extraction of my person out of room 320 violated my 5th Amendment Due Process Rights and deprived me of liberty.

The subsequent search absent an arrest warrant or search warrant violated my 4th amendment Right to be free from unreasonable search as exigent circumstances were not established justifying the use of a warrantless ruse to affect a search or arrest absent a Warrant. See United States v. Rico, 2019 U.S. Dist. Lexis 144647

"To determine whether exigent circumstances justify... a warrantless entry ... courts consider (1) The gravity or violent nature of the offense with which the subject is charged; (2) whether the suspect is reasonably believed to be armed; (3) a clear showing of probable cause... to believe the suspect committed the crime; (4) strong reason to believe that the suspect is in the premises being entered; (5) a likelihood that the suspect will escape if not swiftly apprehended; and (6) The peaceful circumstances of entry."

2/3

"An Additional factor commonly considered by courts is whether quick action is needed and necessary to prevent the destruction of evidence."

There is no justification of the agents actions.

1) The charge — Possession of a personal use amount of a-PVP 6.1 g does not constitute an emergency

2) Reasonable Belief — There is no reasonable belief Agents could argue that I was Armed. I wasn't.

3) Probable Cause — They based their probable cause on hearsae by criminals who just broke into my 11039 River Rd Home 12 days earlier. There was no lab or Flakka Being manufactured at the Amherst Marriot EVER to my Knowledge. The DEA was used as a instrument to harass me by Joseph Ayer directly or via his co-conspirtors Miranda Bova (Get away driver on 5/13/21) or his girlfriend Cierra McKenna, who wished to retaliate for me pressing charges against him for burglarizing my home with the help of Maris Lenk and Jennifer Coad.

4) Presence — Agents had just went to my wife Room looking for me, then Room 300, then 320. They believed I was in the building but were on a fishing trip trying to locate me.

3/3

5) escape - If they did satisfy #4 and believed I was in Room 320, they could have waited for me to exit the room. I wasn't going to escape out a 3rd Floor Hotel whose windows don't open. I didn't even know the DEA was present.

6) Peaceful Entry - I was pulled out of the room and searched at gunpoint. Not very peaceful.

✱ Destruction of evidence: If the DEA truly believed I was operating a lab at the Marriot then this factor is irrelevant as a lab can not be destroyed. Not without removing large items from the hotel room, shattering and disposing of large amounts of glass.

If the DEA were allowed to bust into someones hotel room because they had reason to believe a person in the room possessed a personal amount of a controlled substances, what good would our constitutional civil Rights be? There is a process required for such an act to be legal. On 5-25-21 that process was to take a back seat to vigilante behavior and intimidation tactics to coerce me to comply. That's not right and is a violation of my due process rights as well as my right to feel secure in my dwelling.

For that and the reasons outlined in the "statement of claim". I seek compensation in the amount of 5 million dollars; total 10 million.

Thank You,
Carl D____    3-19-24

To: U.S. District Court Clerk,

Greetings! INSIDE This package you will find (6) envelopes. Each contains a civil action. In total you will find:

(5)   42 USCS 1983 Claims

and

(1)   Bivens Federal Claim

Thank you!

Carlo D'Angelo

3-24-24

P.O Box 496
Lockport NY 14094

Any Questions?
Call
Shannon D'Angelo  (716) 429-7747

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

24 CV 295

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Carlo Robert D'Angelo   Pro Se

**DEFENDANTS**
(6)unknown DEA Agents Scott Sprague DEA
(1)unknown Amherst Police officer   Kyliabeth Raz DEA
The Courtyard Mariot Hotel 4100 Sheridan Dr.

**(b)** County of Residence of First Listed Plaintiff Niagara
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff
☐ 3  Federal Question *(U.S. Government Not a Party)*
☒ 2  U.S. Government Defendant
☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities- Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities- Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Violation of my 4th Amendment constitutional Right Illegal search and seizure
Brief description of cause: AND 5th AND RIGHT TO PRIVACY.
THE DEA CONSTRUCTED A RUSE TO AFFECT AN ARREST ABSENT A WARRANT.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 10 Million USD
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE JLS MAG. JUDGE _____

*See attached BIVENS 42 USC 1983*

Deprivation of liberty &

Carlo D'Angelo
P.O Box 496
Lockport, NY 14094


USDC-WDNY
MAR 29 2024
BUFFALO

United States Courthouse

to United States District C

200 U.S Courthouse

2 Niagara Square

Buffalo, NY 14202-

**UNITED STATES POSTAL SERVICE**   *Retail*

**P**   US POSTAGE PAID
**$18.40**   Origin: 14132
03/27/24
3574350132-11

**X**

**PRIORITY MAIL®**

1 Lb 11.00 Oz
**RDC 03**

EXPECTED DELIVERY DAY:   03/29/24

**C030**

SHIP
TO:
STE 200
2 NIAGARA SQ
BUFFALO NY 14202-3350

**USPS TRACKING® #**

9505 5150 1232 4087 3502 83

13.625
5

**VISIT US AT**
ORDER FREE S